IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN DANIELS,<br><br>         Plaintiff,<br><br>   v.<br><br>LOS ANGELES COUNTY JAIL,<br><br>         Defendant. | No. C 13-3328 RMW (PR)<br><br>ORDER OF TRANSFER |

Plaintiff, who is currently housed in Los Angeles County Jail, filed a letter which initiated these proceedings pursuant to 42 U.S.C. § 1983. The acts complained of occurred in Los Angeles, which lies within the venue of the Central District of California. Therefore, venue properly lies in the Central District. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a). The clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge

Order of Transfer
G:\PRO-SE\RMW\CR.13\Daniels328trans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BEN DANIELS,

            Plaintiff,

  v.

LOS ANGELES COUNTY JAIL,

            Defendant.

                                            /

Case Number: CV13-03328 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ben Daniels 3335734
MCJ 4400 B6
P.O. Box 86164-0164
Los Angeles, CA 90086-0614

Dated: October 23, 2013

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk